# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D17-2821

———————————————

HEATHER NEVILLE,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

———————————————

On appeal from the Department of Health, Board of Nursing.
Joe R. Baker, Jr., Executive Director.

March 1, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Heather Neville, pro se, Appellant.

Nichole Geary, General Counsel, Christine E. Lamia, Chief Appellate Counsel, Carrie McNamara, Assistant General Counsel and Katelyn Rose Boswell, Assistant General Counsel, Tallahassee, for Appellee.